UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA THOMPSON,

    Plaintiff,

v.                                                  Case No. 8:17-cv-59-T-27TBM

BROWN & BROWN, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (Dkt. 14), in which the parties ask that this action for unpaid overtime compensation, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), be dismissed with prejudice in light of the parties' agreed settlement. The Court has reviewed the executed Settlement Agreement (Dkt. 14-1) and finds that a *bona fide* dispute existed between the parties under the FLSA that has been amicably settled. The terms of the settlement are fair, just, and in accordance with the FLSA. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). Accordingly, the motion (Dkt. 14) is **GRANTED**. This case is **DISMISSED** *with prejudice*. The file shall remain closed.

    **DONE AND ORDERED** this ___14th___ day of September, 2017.

                                                        **JAMES D. WHITTEMORE**
                                                        **United States District Judge**

Copies to: Counsel of record